IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY CHEBATORIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 09-224 |
| MONUMENTAL LIFE INSURANCE COMPANY and PEOPLES BENEFIT LIFE INSURANCE COMPANY | ) ) ) ) | Magistrate Judge Lisa Pupo Lenihan |
| Defendants. | ) ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion (ECF No. 48), Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's claims of bad faith, but DENIED as to the remainder of her Complaint (Count I, Breach of Contract).

    /s/ Lisa Pupo Lenihan
    LISA PUPO LENIHAN
    United States Magistrate Judge

Dated: August 23, 2010